UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. SACR 99-101-1-GLT Date 9/1/00

Hon. GARY L. TAYLOR, Judge

| | | |
|---|---|---|
| Kathy Gault Peterson | Sally Marshall | Marc Greenberg |
| Deputy Clerk | Court Reporter | Asst U.S. Attorney |
| MARGARITO HERNANDEZ | Alfredo Amezcua | Dolores Gordon |
| Defendant | RTND Counsel | Interpreter |

**PROCEEDINGS: SENTENCING AND JUDGMENT**

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.

X See below for sentence.

X Imprisonment for 46 months on each counts 1
Count(s) ______ concurrent/consecutive to count(s) ______

☐ Fine of $______ is imposed on each of count(s) ______ Concurrent/Consecutive.
☐ Execution / Imposition of sentence as to imprisonment only suspended on count(s) ______

☐ Confined in jail-type institution for ______ to be served on consecutive days/weekends commencing ______

X 5 years Supervised Release imposed on count(s) 1 consecutive/concurrent to count(s) ______ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

- ☐ Perform ______ hours of community service.
- ☐ Serve ______ in a CCC/CTC.
- ☐ Pay $______ fine amounts & times determined by P/O.
- ☐ Make $______ restitution in amounts & times determined by P/O.
- X Participate in a program for treatment of narcotic/alcohol addiction. Pay for aftercare.
- X Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision.
- ☐ Comply with rules/regulations of INS, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
- ☐ OTHER CONDITIONS: ______

X Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court FINDS the defendant does not have the ability to pay.

X Pay $ 100, per count, special assessment to the United States for a total of $ 100

☐ Imprisonment for ______ months/years and for a study pursuant to 18 USC ______ with results to be furnished to the Court within ______ days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on ______

X Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

X Defendant informed of right to appeal.

☐ ORDER sentencing transcript for Sentencing Commission. X Processed statement of reasons.

☐ Bond exonerated ☐ upon surrender ☐ upon service of ______

☐ Execution of sentence is stayed until 12 noon, ______ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

☐ Issued Remand/Release # ______

☐ Present bond to continue as bond on appeal.

☐ Appeal bond set at $ ______

☐ Filed and distributed judgment. Issd JS-3. ENTERED.

ENTER ON ICMS
SEP - 6
66

Deputy Clerk Initials ______